FILED

2004 FEB -6  A 11: 53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
DESHENG ZHOU                    :    CIVIL ACTION
             Plaintiff,       :
                               :
V.                              :    NO. 3:01CV1495 (AHN)
                               :
JP NOONAN TRANSPORTATION DBA    :
JEP, INC.,                      :
MICHAEL BISHOP AND              :
BENJAMINE LOZOVSKIY             :
             Defendants.      :    FEBRUARY 4, 2004
------------------------------------------------x

## APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance, in addition to the appearance for Anthony A. Piazza as counsel in this case for: **DESHENG ZHOU**

    I certify that I am admitted to practice in this court.

February 3, 2003                    /s/ Hugh J. Donnelly
Date                                Signature

                        Hugh J. Donnelly        CT 11912
                        Print Name              Bar Number

                        112 Prospect Street
                        Address

                        Stamford        Connecticut    06901
                        City            State          Zip Code

                        (203) 348-2465        (203) 964-9509
                        Phone Number          Fax Number

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent on this 4th day of February, 2003 to the following:

for the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road - Suite 11
Madison, CT 06443
203-245-6176

for the defendant, Benjamin Lozovskiy

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
203-227-2855

for the defendant, Desheng Zhou

Kieran S. Cassidy, Esq.
Cassidy, Miolene & Mazza
1375 Kings Hightway East #475
Fairfield, CT 06430
203-331-1505

for the plaintiff, Benjamin Lozovskiy

Brian E. Briones, Esq.
McNamara & Kenney
375 Bridgeport Avenue
Shelton, CT 06484
203-944-6000

_____
Hugh J. Donnelly