UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 APR 20  A 9: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Desheng Zhou             :
                         :
    v.                   :   Civ. 3:01cv1495(PCD)
                         :
JP Noonan Transportation :


CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| [signed Donnelly] | Plaintiff / Desheng Zhou | 4-19-04 |
| [signed] | Defendant Benjamine Lozovskiy | 04-19-04 |
| [signed] | Defendants / Michael Bishop / J.P. Noonan Trans. | 4/19/04 |
| | | |

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _Holly B. Fitzsimmons_, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_4-19-04_
Date

_____
United States District Judge